## Commonwealth ex rel. Gatens, Appellant, *v.* Banmiller.

Argued September 9, 1958. Before RHODES, P. J., HIRT, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ. (GUNTHER, J., absent).

*Paul N. Gardner,* for appellant.

*James McGirr Kelly,* Assistant District Attorney, with him *Juanita Kidd Stout,* Assistant District Attorney, *James N. Lafferty,* First Assistant District Attorney, and *Victor H. Blanc,* District Attorney, for appellee.

OPINION PER CURIAM, October 10, 1958:
The order of the court below is affirmed on the opinion of Judge REIMEL as reported in 14 Pa. D. & C. 2d 224.